trix, against Bertha Robinson. **M. L. Schallek,** for plaintiff. No opinion. Judgment ordered for plaintiff, without costs. Settle order on notice.

STEUERWALD, Appellant, v. SITOMER, Respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Charles B. Steuerwald against Benjamin Sitomer. No opinion. Motion granted, without costs. See, also, 143 App. Div. 946, 127 N. Y. Supp. 1146.

In re STOCKTON. (Supreme Court, Appellate Division, Second Department. June 28, 1911.) In the matter of the application of Charles W. Stockton for admission to the bar. No opinion. Application granted.

STREITFELD, Appellant, v. LEVI et al., Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Adolph Streitfeld against Charles L. Levi and others. G. J. Gruenberg, for appellant. C. H. Herbst, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STROPOLI, Appellant, v. BANKERS' LIFE INS. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Francesca Stropoli against the Bankers' Life Insurance Company and others. J. L. Bernstein, for appellant. T. Baumeister, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

STUBING v. STUBING et al. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Martin Stubing against Elizabeth Stubing and others.

PER CURIAM. Order affirmed, without costs. We do not pass upon the question of the right to apply to modify the judgment in partition, so far as it relates to the ownership of the fund in the chamberlain's hands.

JENKS, P. J., dissents.

SULINSKI v. SULINSKI. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Elizabeth Sulinski against Joseph Sulinski. No opinion. Motion granted. Order filed.

SULLIVAN, Respondent, v. KENNELLY, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by John D. Sullivan against Thomas W. Kennelly. No opinion. Motion to dismiss appeal granted, with costs.

SUSSDORFF, Appellant, v. CURTIS, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by William H. Sussdorff against Charles H. Curtis. No opinion. Judgment unanimously affirmed, with costs.

SWEENEY v. DOUGLAS COPPER CO. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by William J. Sweeney against the Douglas Copper Company. No opinion. Motion granted. Order filed.

In re TAYLOR. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) In the matter of the application of Sextus E. Taylor to compel Susan J. Taylor to turn over certain moneys. No opinion. Motion for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice Carr. For former decision, see 129 N. Y. Supp. 378.

TAYLOR, Respondent, v. LANDEL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Eva A. Taylor, as administratrix, etc., against John W. Landel and another. No opinion. Judgment and orders affirmed, with costs.

TEAGUE v. RIDGWAY CO. et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Merrill A. Teague against the Ridgway Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 84.

THOMAS, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Esther A. Thomas against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., not sitting.

THOMASS, Appellant, v. THOMASS, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Anna L. Thomass against Edward Thomass. F. S. Chilton, for appellant. J. V. Bouvier, for respondent. No opinion. Order affirmed. Order filed.

THOMPSON v. GIMBEL BROS. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Myrtle M. Thompson against Gimbel Bros. No opinion. Motion granted. Order filed. See, also, 129 N. Y. Supp. 1025.

TODARO, Appellant, v. SOMERVILLE REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Filippo Todaro against the Somerville Realty Company and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 137 App. Div. 903, 122 N. Y. Supp. 1148; 129 N. Y. Supp. 1148.

TOWN OF BABYLON, Appellant, v. DARLING, Respondent. (Supreme Court, Appel-